```
                United States District Court
                  District of Massachusetts
_____
                              )
American Institute for Foreign)
Study, Inc. d/b/a Au Pair in  )
America and William L. Gertz, )
                              )
     Plaintiffs,              )
                              )
          v.                  )   Civil Action No.
                              )   20-10920-NMG
Laura Fernandez-Jimenez,      )
                              )
     Defendant.               )
_____)
```

**PRELIMINARY INJUNCTION**

**GORTON, J.**

Pursuant to this Court's Memorandum and Order dated June 19, 2020, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

1) Defendant Laura Fernandez-Jimenez is enjoined from proceeding with any class or collective arbitration demand against APIA, including but not limited to the class arbitration demand filed with the American Arbitration Association on April 22, 2020, against APIA (captioned <u>Laura Fernandez Jimenez, Individually and on behalf of all others similarly situated</u>, v. <u>American Institute for Foreign-Study, Inc. d/b/a Au Pair in America, and William J. Gertz</u>, AAA Case No. 01-20-0000-3831);

-1-

2) Defendant Laura Fernandez-Jimenez is enjoined from pursuing any claims against APIA on a class-wide or collective basis in any other proceeding; and

3) Defendant Laura Fernandez-Jimenez is, with respect to APIA, enjoined from the submitting the question of class or collective arbitrability to any arbitrator.

The Court, having further considered the requirements of Fed. R. Civ. P. 65(c), concludes that no security is required to protect defendant against any improvidently granted injunctive relief.

**So ordered.**

<u>/s/ Nathaniel M. Gorton</u>  
Nathaniel M. Gorton  
United States District Judge

Dated June 19, 2020