# United States Court of Appeals
## For the First Circuit

Nos.  20-1641
      20-1692

AMERICAN INSTITUTE FOR FOREIGN STUDY, INC., d/b/a Au Pair in America;
WILLIAM L. GERTZ,

Plaintiffs, Appellees/Cross-Appellants,

v.

LAURA FERNANDEZ-JIMENEZ,

Defendant, Appellant/Cross-Appellee.

**JUDGMENT**

Entered: July 9, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is affirmed. No costs awarded. See Fed. R. App. P. 39(a).


By the Court:

Maria R. Hamilton, Clerk


cc:  Nicholas J. Rosenberg, Patrick Michael Curran Jr., Robert M. Tucker, Stephen J. Macri