# United States Court of Appeals
## For the First Circuit

Nos. 20-1641
     20-1692

AMERICAN INSTITUTE FOR FOREIGN STUDY, INC., d/b/a Au Pair in America; WILLIAM L. GERTZ,

Plaintiffs - Appellees/Cross - Appellants,

v.

LAURA FERNANDEZ-JIMENEZ,

Defendant - Appellant/Cross - Appellee.

**MANDATE**

Entered: July 30, 2021

In accordance with the judgment of July 9, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Patrick Michael Curran Jr.
Stephen J. Macri
Nicholas J. Rosenberg
Robert M. Tucker